```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CASE NO. 1:03-CR-5417 OWW
                                )
12           Plaintiff,         )
                                )   ORDER FOR DISMISSAL OF
13       v.                     )   INDICTMENT
                                )
14  JUAN BOLANOS,               )
                                )
15                              )
             Defendant.         )
16  ────────────────────────────)
17
18       Pursuant to the motion by the United States,
19       IT IS HEREBY ORDERED that the Indictment filed herein be
20  dismissed against defendant JUAN BOLANOS in the interest of justice
21  and  without prejudice.
22
23  IT IS SO ORDERED.
24  **Dated:   March 22, 2010**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE
25
26
27
28
                                  1
```