1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

**FILED**

NOV 1 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:03-CR-5417 LJO |
|---|---|
| Plaintiff, | |
| v. | ORDER DECLARATION REVOCATION AND FORFEITURE OF BOND |
| JUAN BOLANOS, | |
| Defendant, and | |
| AURELIANO BOLANOS | |
| Surety. | |

The defendant having violated the conditions of his release,

IT IS HEREBY ORDERED that the appearance bond on the above-named defendant is revoked and ordered forfeit. The U.S. Attorney shall take all necessary steps in regard to forfeiture of the property or monies posted with the Court to secure the bond

Dated: November 6th, 2013

_____
HONORABLE LAWRENCE J. O'NEILL
United States District Judge

Plaintiff's Ex Parte Motion for Declaration
of Forfeiture of Bond

1